IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.:  1:24cr87-HSO-RPM

STEFAN DAY ROWOLD

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Sponsor | I.D. Date | Evidence Date |
|---|---|---|---|---|
| G-1 | Photo – Broken back door from outside | STIPULATED | | 9/15/2025 |
| G-2 | Photo – Broken back door looking in | STIPULATED | | 9/15/2025 |
| G-3 | Photo – Burn pile | STIPULATED | | 9/15/2025 |
| G-4 | Photo – Burn pile | STIPULATED | | 9/15/2025 |
| G-5 | Photo-Burn pile | STIPULATED | | 9/15/2025 |
| G-6 | Photo – "Sex Traffickers" Graffiti | STIPULATED | | 9/15/2025 |
| G-7 | Photo – "Lies" & "Call 911" Graffiti | STIPULATED | | 9/15/2025 |
| G-8 | Photo – "Romans 8" Graffiti | STIPULATED | | 9/15/2025 |
| G-9 | Photo – "False Prophets" Graffiti | STIPULATED | | 9/15/2025 |
| G-10 | Photo – "Call 911" & "Polygamy" Graffiti | STIPULATED | | 9/15/2025 |
| G-11 | Photo – "Go back to Utah" & "Child Molesters" Graffiti | STIPULATED | | 9/15/2025 |
| G-12 | Photo – "Child Predators" Graffiti | STIPULATED | | 9/15/2025 |
| G-13 | Photo – "Grooming Rapist" Graffiti | STIPULATED | | 9/15/2025 |
| G-14 | Photo – "You will never reach heaven here" Graffiti | STIPULATED | | 9/15/2025 |
| G-15 | Photo – Chapel | STIPULATED | | 9/15/2025 |
| G-16 | Photo – Chapel | STIPULATED | | 9/15/2025 |
| G-17 | Photo – Light Covers | STIPULATED | | 9/15/2025 |

| Exhibit No. | Description | Sponsor | I.D. Date | Evidence Date |
|---|---|---|---|---|
| G-18 | Photo – Outside of Church with Police Tape | STIPULATED | | 9/15/2025 |
| G-19 | Photo – Boarded Back Door | STIPULATED | | 9/15/2025 |
| G-20 | Photo – Boarded Back Door from Inside | STIPULATED | | 9/15/2025 |
| G-21 | Photo – Fire #1 and Fire #2 | STIPULATED | | 9/15/2025 |
| G-22 | Photo – Burn Pile | STIPULATED | | 9/15/2025 |
| G-23 | Photo – Burn Pile Hymnals | STIPULATED | | 9/15/2025 |
| G-24 | Photo – Burn Pile Articles of Faith | STIPULATED | | 9/15/2025 |
| G-25 | Photo – Burned wall | STIPULATED | | 9/15/2025 |
| G-26 | Photo – Burned Cardboard | STIPULATED | | 9/15/2025 |
| G-27 | Photo – Melted Fixture | STIPULATED | | 9/15/2025 |
| G-28 | Church of Jesus Christ Financial Model – Wiggins Branch | Doug Martin | | 9/16/2025 |
| G-29 | 2024 Unit Financial Statement – Wiggins Branch | Doug Martin | | 9/16/2025 |
| G-30 | 2024 Deposits – Wiggins Branch | Doug Martin | | 9/16/2025 |
| G-31 | Wiggins Branch Map | STIPULATED | | 9/15/2025 |
| G-32 | MS State Fire Marshal Report | NOT OFFERED | | |
| G-33 | Video-recorded interview with Defendant | NOT OFFERED | | |
| G-33(a) | Transcript of Defendant's video-recorded interview | NOT OFFERED | | |

| Exhibit No. | Description | Sponsor | I.D. Date | Evidence Date |
|---|---|---|---|---|
| G-34 | Excerpts from Defendant's video-recorded interview with Lt. David Roberts | STIPULATED | | 9/15/2025 |
| G-34(a) | Transcript of Excerpts of Interview with Lt. Roberts | STIPULATED | | 9/15/2025 |
| G-35 | Excerpts from Defendant's video-recorded interview with Deputy Eric Reilly | STIPULATED | | 9/15/2025 |
| G-35(a) | Transcript of Excerpts of Interview with Deputy Reilly | STIPULATED | | 9/15/2025 |
| G-36 | Defendant Handwritten Statement | Eric Reilly | | 9/16/2025 |
| G-37 | Signed Advice of Rights Form | David Roberts | | 9/16/2025 |
| G-38 | Officer Walker Police Report | NOT OFFERRED | | |
| G-39 | Officer Pena Police Report | NOT OFFERRED | | |
| G-40 | Officer Temple Police Report | NOT OFFERRED | | |
| G-41 | Sergeant McClantoc Police Report | NOT OFFERRED | | |
| G-42 | Lieutenant Roberts Police Report | NOT OFFERRED | | |
| G-43 | Tithing Slip and Envelope | Jonathan Head | | 9/16/2025 |
| G-44 | Payment Records for Repairs | NOT OFFERRED | | |
| G-45 | Proof of Payment for Repairs | NOT OFFERRED | | |
| G-46 | 302 of Prep with McClantoc | NOT OFFERRED | | |
| G-47 | 302 of Prep with Walker | NOT OFFERRED | | |

| Exhibit No. | Description | Sponsor | I.D. Date | Evidence Date |
|---|---|---|---|---|
| G-48 | 302 Original of Schiffer | NOT OFFERRED | | |
| G-49 | 302 of Prep with Schiffer | NOT OFFERRED | | |
| G-50 | 302 of Prep with Klingenberger | NOT OFFERRED | | |
| G-51 | 302 of Prep with Head | NOT OFFERRED | | |
| G-52 | 302 Interview of Martin | NOT OFFERRED | | |
| G-53 | Stipulated | STIPULATED | | 9/15/2025 |
| G-54 | Stipulation | STIPULATED | | 9/17/2025 |
| G-55 | Flash Drive – Defendant's Interview | STIPULATED | | 9/17/2025 |
| G-55(a) | Transcript of Defendant's Interview | STIPULATED | | 9/17/2025 |